No. 86–6863.   ROCHON v. ACADIA PARISH SHERIFF DEPARTMENT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–6864.   CRANE v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 86–6879.   KENNEDY v. BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6881.   SCOTT v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 86–6889.   BANKS v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 86–6890.   DAWSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6891.   MITCHELL v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 86–6897.   STRADER v. JOHNSON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 86–6899.   CROCKETT v. UNITED STATES; and
No. 86–6901.   CREWS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–6905.   FAWOLE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6906.   CROSBY v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86–6907.   BRUMBAUGH v. BRUMBAUGH.   Sup. Ct. Fla. Certiorari denied.

No. 86–6908.   ANDERSON v. SOUTH CAROLINA EMPLOYMENT COMMISSION ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–6909.   IRWIN v. MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 86–6910.   COLEMAN v. ACME MARKETS, INC.   C. A. 3d Cir.   Certiorari denied.